1

2
**JS−6**

3

4

5

6

7

8

9
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
10

11
WALTER WOOTEN                          CASE NO:
                                       2:20−cv−09190−FMO−MAA
12
          Plaintiff(s),

13
     v.
                                       **ORDER DISMISSING ACTION**
     THOR MOTOR COACH, INC. , et al.   **WITHOUT PREJUDICE**
14

15

16
          Defendant(s).

17

18

19
     Having been advised by counsel that the above−entitled action has been settled,

20
IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs

21
and without prejudice to the right, upon good cause shown within <u>45</u> **days from the**

22
**filing date of this Order**, to re−open the action if settlement is not consummated.

23
The court retains full jurisdiction over this action and this Order shall not prejudice

24
any party to this action.

25
     **IT IS SO ORDERED.**

26

27
DATED: June 7, 2021              _/s/ *Fernando M. Olguin*_
                                 Fernando M. Olguin
                                 United States District Judge
28